# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132603

ALISHA WOOD, Personal Representative of
the Estate of BRADLEY WOOD, Deceased,
        Plaintiff-Appellee,

v

ALFRED K. BEDIAKO, M.D. and HILLSDALE
OBSTETRICS & GYNECOLOGY, P.C.,
        Defendants-Appellants,

and

HILLSDALE COMMUNITY HEALTH CENTER,
        Defendant-Appellee.
_____/

SC: 132603
COA: 267190
Hillsdale CC: 04-000512-NH

On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917